AO 450(Rev. 5/85)Judgment in a Civil Case

# United States District Court
## Northern District of Illinois
### Eastern Division

O'BANNON

v.

CHICAGO BOARD OF
EDUCATION

**JUDGMENT IN A CIVIL CASE**

Case Number: 00 C 7547

xxxx  Jury Verdict. This action came before the Court for a trial by jury. The issues have been
tried and the jury rendered its verdict.

■  Decision by Court. This action came to trial or hearing before the Court. The issues
have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that judgment is entered in favor of defendant
Chicago Board of Education and against plaintiff O'Bannon based upon the jury's verdict and
this court finds, consistent with the jury's verdict, that the plaintiff's filing of this lawsuit was
not proven by a preponderance of the evidence to be a motivating factor for the defendant's
decision to terminate plaintiff's employment. Defendant would have terminated plaintiff's
employment regardless of plaintiff's filing of this lawsuit. No future pay is awarded to
plaintiff. All matters in controversy having been resolved, this action is dismissed in its
entirety.

Michael W. Dobbins, Clerk of Court

Date: 1/30/2002

J. Smith, Deputy Clerk